1  **HOSIE, WES, SACKS & BRELSFORD, LLP**
   JAMES F. BRELSFORD (State Bar No. 098327)
2  RACHEL A. SILVERS (State Bar No. 156284)
   NICOLE A. WONG (State Bar No. 178818)
3  2420 Sand Hill Road, Suite 203
   Menlo Park, California 94025
4  Telephone: (650) 854-9465

5  Attorneys for Plaintiff
   Hotmail Corporation

6

7

8

9

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11  HOTMAIL CORPORATION,                     ) Case No. C-98 20064 JW PVT ENE
12                    Plaintiff,              ) **[PROPOSED] ORDER GRANTING**
                                             ) **DEFAULT JUDGMENT AND**
13            vs.                             ) **PRELIMINARY INJUNCTION**
                                             ) **AGAINST DEFENDANTS LCGM, INC.,**
14  VAN$ MONEY PIE INC.; ALS                 ) **PALMER & ASSOCIATES, AND**
15  ENTERPRISES, INC.; LCGM, INC.;           ) **FINANCIAL RESEARCH GROUP**
    CHRISTOPHER MOSS d/b/a THE GENESIS        )
16  NETWORK, INC.; CLAREMONT                  )
    HOLDINGS LTD.; CONSUMER                   ) Date:    June 15, 1998
17  CONNECTIONS; PALMER & ASSOCIATES;)         Time:    9:00 a.m.
    and FINANCIAL RESEARCH GROUP; and         ) Judge:   Hon. James Ware
18  DARLENE SNOW d/b/a VISIONARY WEB          )
    CREATIONS and/or d/b/a MAXIMUM            )
19  IMPACT MARKETING,                         )
                                             )
20                    Defendants.             )
                                             )
21  _____

22          THIS MATTER came on for hearing before the Court on June 15, 1998 on the

23  Application of plaintiff Hotmail Corporation ("Hotmail") for default judgment against defendants

24  LCGM, Inc. ("LCGM"), Palmer & Associates ("Palmer"), and Financial Research Group

25  ("Financial") and to permanently enjoin LCGM, Palmer and Financial from infringing Hotmail's

26  HOTMAIL trade name and service mark, diluting this mark, engaging in acts of unfair

27  [PROPOSED] ORDER GRANTING
    DEFAULT JUDGMT. & PERM. INJUNCTN.
28  AGAINST LCGM, PALMER & FINANCIAL                    1

1   competition, violating the Computer Fraud and Abuse Act, breaching a contract, and violating

2   California law.  15 U.S.C. §§ 1125(a)&(c); 18 U.S.C. § 1030; Cal. Bus. & Prof. Code §§

3   14330, 17200; Cal. Civ. Code §§ 1709-10; and 3420-22.  Having reviewed the entire court

4   record pertaining to this Application, and having considered the evidence and argument of counsel

5   in support of and against Hotmail's Application, the Court concludes that plaintiff is entitled to a

6   default judgment  and permanent injunction against defendants LCGM, Palmer and Financial.  It is

7   therefore,

8              ORDERED AND ADJUDGED:

9              That defendants LCGM, Palmer and Financial, their officers, agents, co-conspirators,

10  servants, affiliates, employees, parent and subsidiary corporations, attorneys and representatives,

11  and all those in privity or acting in concert with LCGM, Palmer and Financial are permanently

12  enjoined and restrained from directly or indirectly:

13              1.      Using any images, designs, logos or marks which copy, imitate or simulate

14  Hotmail's HOTMAIL mark, and/or Hotmail's "hotmail.com" domain name for any purpose,

15  including but not limited to any advertisement, promotion, sale or use of any products or services;

16              2.      Performing any action or using any images, designs, logos or marks that are

17  likely to cause confusion, to cause mistake, to deceive, or to otherwise mislead the trade or public

18  into believing that Hotmail and LCGM, Palmer and/or Financial, or any of them, are in any way

19  connected, or that Hotmail sponsors LCGM, Palmer and/or Financial; or that LCGM, Palmer and/or

20  Financial are in any manner affiliated or associated with or under the supervision or control of

21  Hotmail, or that LCGM, Palmer and/or Financial and Hotmail or Hotmail's services are associated

22  in any way.

23              3.      Using any images, designs, logos or marks or engaging in any other conduct

24  that creates a likelihood of injury to the business reputation of Hotmail or a likelihood of

25  misappropriation and/or dilution of Hotmail's distinctive mark and the goodwill associated

26  therewith;

27  [PROPOSED] ORDER GRANTING
    DEFAULT JUDGMT. & PERM. INJUNCTN.                    2
28  AGAINST LCGM, PALMER & FINANCIAL

4.   Using any trade practices whatsoever, including those complained of herein, which tend to unfairly compete with or injure Hotmail, its business and/or the goodwill appertaining thereto;

5.   Sending or transmitting, or directing, aiding, or conspiring with others to send or transmit, electronic mail or messages bearing any false, fraudulent, anonymous, inactive, deceptive, or invalid return information, or containing the domain "hotmail.com," or otherwise using any other artifice, scheme or method of transmission that would prevent the automatic return of undeliverable electronic mail to its original and true point of origin or that would cause the e-mail return address to be that of anyone other than the actual sender;

6.   Using, or directing, aiding, or conspiring with others to use, Hotmail's computers or computer networks in any manner in connection with the transmission or transfer of any form of electronic information across the Internet, including, but not limited to, creating any Hotmail e-mail account, or becoming a Hotmail subscriber, for purposes other than those permitted by Hotmail's Terms of Services, including but not limited to, for purposes of participating in any way in sending spam e-mail or operating a spamming business, or sending or advertising or promoting pornography and/or sending e-mails for any commercial purpose.

7.   Opening, creating, obtaining and/or using, or directing, aiding, or conspiring with others to open, create, obtain and/or use, any Hotmail account or mailbox;

8.   Acquiring or compiling Hotmail member addresses for use in the transmission of unsolicited promotional messages to those Hotmail members; and,

9.   Sending or transmitting, or directing, aiding, or conspiring with others to send or transmit, any unsolicited electronic mail message, or any electronic communication of any kind, to or through Hotmail or its members without prior written authorization.

IT IS FURTHER ORDERED AND ADJUDGED:

That default judgment is hereby entered against defendant LCGM, Inc. in the sum of $275,000, which amount defendant LCGM is hereby ordered to pay to plaintiff Hotmail

[PROPOSED] ORDER GRANTING
DEFAULT JUDGMT. & PERM. INJUNCTN.                    3
AGAINST LCGM, PALMER & FINANCIAL

1   IT IS FURTHER ORDERED AND ADJUDGED:

2       That default judgment is hereby entered against defendant Palmer & Associates in the

3   sum of $55,000, which amount defendant Palmer is hereby ordered to pay to plaintiff Hotmail

4   Corporation.

5       IT IS FURTHER ORDERED AND ADJUDGED:

6       That default judgment is hereby entered against defendant Financial Research Group

7   in the sum of $7,500, which amount defendant Financial is hereby ordered to pay to plaintiff

8   Hotmail Corporation.

9   DATED:  6/11/98

10      U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING
    DEFAULT JUDGMT. & PERM. INJUNCTN.
28  AGAINST LCGM, PALMER & FINANCIAL

4

## PROOF OF SERVICE

I, Sherrye Andrews, declare:

I am a citizen of the United States and am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie, Wes, Sacks & Brelsford, LLP, One Sansome Street, 14th Floor, San Francisco, California 94104. I am personally familiar with the business practice of Hosie, Wes, Sacks & Brelsford, LLP, for collection and processing of mail, which provides that mail be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

On May 11, 1998, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS LCGM, INC., PALMER & ASSOCIATES, AND FINANCIAL RESEARCH GROUP**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon addressed to the following parties:

ALS Enterprises Inc.
4642 East Chapman Avenue, #166
Orange, CA 92869

William R. Mitchell, Esq.
17722 Irvine Boulevard
Tustin, CA 92780

LCGM
204 West Eleven Mile Road
Madison Heights, MI 48071

James Polyzois, Esq.
422 West Congress, Suite 350
Detroit, MI 48226

Palmer & Associates
1666 Garnet Avenue, #808
San Diego, CA 92109

Darlene Snow
26998 Pacific Terrace Drive
Mission Viejo, CA 92692-5000

Financial Research Group
864 North Second Street #291
El Cajon, CA 92021

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: May 11, 1998

_Sherrye Andrews_
Sherrye Andrews